IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BRYANT SHEPARD and AMANDA SHEPARD, Individually and as Next Friends of HANNAH SHEPARD and MASON SHEPARD | § § § § | |
| Plaintiffs, | § | CIVIL NO.: 20-CV-43-S |
| VS. | § § | |
| REED CONSTRUCTION CO., INC. And DAVID REED, an Employee of Reed Construction Co., Inc., | § § § | |
| Defendants. | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendants, by and through their respective attorneys, and jointly stipulate that all of Plaintiffs' claims filed herein against Defendants Reed Construction Co., Inc. and David Reed may be dismissed with prejudice, the parties to bear their own attorney's fees and costs.

WHEREFORE, the parties move this Court for its Order dismissing all claims herein against Defendants Reed Construction Co., Inc. and David reed with prejudice, the parties to bear their own attorney's fees and costs.

DATED this 30th day of April, 2021.

BRYANT SHEPARD, ET AL., Plaintiffs,

/s/ Erin J. Rogiers
ERIN J. ROGIERS, TXSB #24083597
**WATTS GUERRA LLP**
4 Dominion Drive
Building 3 - Suite 100
San Antonio, Texas 78257

/s/ Brian Winegar
BRIAN B. WINEGAR, WSB #7-6140
FRED H. SHEPHERD, WSB #7-5762
**VICKERY & SHEPHERD, LLP**
10000 Memorial Drive, Suite 750
Houston, Texas 77024-3485

*Attorneys for Plaintiffs Bryant Shepard and Amanda Shepard, Individually and as Next Friends of Hannah Shepard and Mason Shepard*

REED CONSTRUCTION CO., INC., ET AL, Defendants,

/s/ David E. Shields
DAVID E. SHIELDS, WSB #7-4718
KEITH H. DODSON, WSB #6-4254
**WILLIAMS, PORTER, DAY & NEVILLE, P.C.**
159 N. Wolcott, Ste. 400
Casper, WY 82601

*Attorneys for Defendants Reed Construction Co., Inc., and David Reed, an Employee of Reed Construction Co., Inc.*